| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 25-44970-elm11<br>Northern District of Texas<br>Ft. Worth<br>Mon Jan  5 14:14:30 CST 2026 | Rolling Hills Food & Beverage, Inc.<br>2106 Lancaster Street<br>San Marcos, TX 78666-2246 | The County of Hays, Texas<br>McCreary Veselka Bragg & Allen, P.C.<br>c/o Julie Anne Parsons<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 | U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 |
| Adia Garcia<br>Hill Gilstrap, PC<br>1400 W. Abram Street<br>Arlington, TX 76013-1705 | Dallas County Tax-Assessor Collector<br>500 Elm Street<br>Dallas, TX 75202-3304 | EFW Holdings, Inc.<br>2106 Lancaster Street<br>San Marcos, TX 78666-2246 |
| Internal Revenue Service<br>Central Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Maria I. Garza<br>Hill Gilstrap, PC<br>1400 W. Abram Street<br>Arlington, TX 76013-1705 |
| Office of the United States Trustee<br>Earle Cabell Federal Building<br>1100 Commerce Street Room 976<br>Dallas, TX 75242-1011 | Patrick Shannon Beene<br>c/o Hill Gilstrap, PC<br>1400 W. Abram Street<br>Arlington, TX 76013-1705 | (p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 |
| Texas Attorney General's Office<br>Bankruptcy Collection Division<br>PO Box 12548<br>Austin, TX 78711-2548 | Texas Comptroller of Public Account<br>C/O Office of the Attorney General<br>Bankruptcy-Collections Division<br>PO Box 12548, MC-008<br>Austin, TX 78711-2548 | Texas Workforce Commission<br>Collections & Civil Actions, SAU<br>101 E. 15th Street, Rm 556<br>Austin, TX 78778-0001 |
| The County of Hays, Texas<br>c/o McCreary, Veselka, Bragg & Allen<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | Theodore M. Garza<br>Hill Gilstrap, PC<br>1400 W. Abram Street<br>Arlington, TX 76013-1705 | United States Attorney<br>Northern District of Texas<br>1100 Commerce Street, 3rd Fl.<br>Dallas, TX 75242-1074 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | Robert Thomas DeMarco<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Pawnee Leasing Corp.<br>3801 Autonation Way 207<br>Fort Collins, CO 80525-5734 | End of Label Matrix<br>Mailable recipients   22<br>Bypassed recipients    0<br>Total                 22 | |