ntcustrm (rev. 12/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Rolling Hills Food & Beverage, Inc. § Case No.: 25−44970−elm11
 § Chapter No.: 11
 Debtor(s) §

# NOTICE OF U.S. TRUSTEE MOTION

***PLEASE TAKE NOTICE*** that unless a written response is filed with the clerk (including a certificate of service evidencing service upon the United States Trustee at 1100 Commerce Street, Room 976, Dallas, Texas 75242) within twenty−one (21) days following the issuance of this notice, an order granting the relief requested may be entered without further notice or hearing.

If a written response is filed a hearing will be held

at

to consider and act upon the following:

> Motion to dismiss case with prejudice to refiling for 180 days (Attachments: # 1 mailing matrix)(Schmidt, Erin)

A copy of the motion is on file and available for inspection in the Office of the Clerk,
United States Bankruptcy Court
501 W. Tenth Street
Fort Worth, TX 76102


DATED: 1/6/26           FOR THE COURT:
                        Stephen J Manz, Clerk of Court