Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967

Erin Schmidt
for the United States Trustee
erin.schmidt2@usdoj.gov

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| | § | |
| **ROLLING HILLS FOOD** | § | **CASE NO. 25-44970-ELM-11(V)** |
| **& BEVERAGE, INC.** | § | |
| | § | **Hearing Set: January 13, 2026 @ 9:30 am** |
| | § | |
| **Debtor-in-Possession.** | § | |

### NOTICE OF HEARING ON THE UNITED STATES TRUSTEE'S
### MOTION TO DISMISS UNDER 11 U.S.C. § 1112(b)
(Relates to Dkt No. 8)

Please take notice that a hearing on the *United States Trustee's Emergency Motion to Dismiss under 11 U.S.C. § 1112(b) with prejudice to Refiling for 180 Days [Dkt No. 8]* has been set before the Honorable Edward Lee Morris, United States Bankruptcy Judge. The hearing shall be a hybrid hearing which means that parties may appear either in person or via WebEx:

**Hearing Date and Time:**      **January 13, 2026, at 9:30 a.m.**

**In Person Location:**          **United States Courthouse**
                                 **501 W. Tenth Street, Room 128**
                                 **Fort Worth, Texas 76102**

**WebEx Video Participation:**   https://us-courts.webex.com/meet/morris

**WebEx Telephonic Only**
**Participation:**               Dial In: 1.650.479.3207
                                 Meeting ID: 2309-445-3213


Any party wishing to be heard should appear at that time.

**PLEASE TAKE FURTHER NOTICE** that additional information about participating

remotely at the Hearing may be located at: https://www.txnb.uscourts.gov/sites/txnb/files/clerks-

notices/Clerk%27s%20Notice%2020-04%20WebEx%20Court%20Appearance%20.pdf

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing and all other

pleadings in these chapter 11 cases may be obtained from the Court's website

http://www.txnb.uscourts.gov via ECF/Pacer.

DATED: January 6, 2026                    Respectfully submitted,

                                          LISA L. LAMBERT
                                          UNITED STATES TRUSTEE

                                          */s/ Susan B. Hersh*
                                          Texas State Bar No. 09543925
                                          Office of the United States Trustee
                                          1100 Commerce Street, Room 976
                                          Dallas, Texas 75242
                                          (214) 767-1073
                                          susan.hersh@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date that this was filed, the foregoing document was served via ECF on all parties receiving electronic notification in this case and/or via first class mail to all parties on the attached matrix.

                                          */s/ Susan B. Hersh*

Label Matrix for local noticing
0539-4
Case 25-44970-elm11
Northern District of Texas
Ft. Worth
Mon Jan  5 14:14:30 CST 2026

Rolling Hills Food & Beverage, Inc
2106 Lancaster Street
San Marcos, TX 78666-2246

The County of Hays, Texas
McCreary Veselka Bragg & Allen, P.C.
c/o Julie Anne Parsons
P.O. Box 1269
Round Rock, TX 78680-1269

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

501 W. Tenth Street
Fort Worth, TX 76102-3637

Adia Garcia
Hill Gilstrap, PC
1400 W. Abram Street
Arlington, TX 76013-1705

Dallas County Tax-Assessor Collector
500 Elm Street
Dallas, TX 75202-3304

EFW Holdings, Inc.
2106 Lancaster Street
San Marcos, TX 78666-2246

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Maria I. Garza
Hill Gilstrap, PC
1400 W. Abram Street
Arlington, TX 76013-1705

Office of the United States Trustee
Earle Cabell Federal Building
1100 Commerce Street Room 976
Dallas, TX 75242-1011

Patrick Shannon Beene
c/o Hill Gilstrap, PC
1400 W. Abram Street
Arlington, TX 76013-1705

(p)PAWNEE LEASING CORPORATION ATTN  SANDI CAR
3801 AUTOMATION WAY
STE 207
FORT COLLINS CO 80525-5735

Texas Attorney General's Office
Bankruptcy Collection Division
PO Box 12548
Austin, TX 78711-2548

Texas Comptroller of Public Account
C/O Office of the Attorney General
Bankruptcy-Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Workforce Commission
Collections & Civil Actions, SAU
101 E. 15th Street, Rm 556
Austin, TX 78778-0001

The County of Hays, Texas
c/o McCreary, Veselka, Bragg & Allen
P.O. Box 1269
Round Rock, TX 78680-1269

Theodore M. Garza
Hill Gilstrap, PC
1400 W. Abram Street
Arlington, TX 76013-1705

United States Attorney
Northern District of Texas
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Pawnee Leasing Corp.
3801 Autonation Way 207
Fort Collins, CO 80525-5734

End of Label Matrix
Mailable recipients    22
Bypassed recipients     0
Total                  22